IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE L. McCOY,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PAUL M. SCHULTZ,<br><br>　　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-6255 OWW SMS HC<br><br>ORDER GRANTING APPLICATION TO FILE PRESENTENCE REPORT UNDER SEAL<br><br>[Doc. 34] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 14, 2005, Respondent filed his answer to the petition, along with an application to file Petitioner's presentence report under seal.

Pursuant to Local Rule 32-460(a), and good cause appearing therefore, it is HEREBY ORDERED that the presentence report of Petitioner shall be filed under seal.

IT IS SO ORDERED.

**Dated:   April 25, 2005**　　　　　　　　　　　 **/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1