1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   REGGIE L. McCOY,                        CASE NO. CV-F-04-6255 OWW SMS HC

12              Petitioner,                  ORDER ADOPTING REPORT AND _____
                                             RECOMMENDATION, DENYING
13        vs.                                PETITIONER'S REQUESTS FOR
                                             PRELIMINARY INJUNCTION AND/OR
14   PAUL M. SCHULTZ,                        TEMPORARY RESTRAINING ORDER

15              Respondent.                  [Docs. 16, 19, 20, 28, 40]
     _____/

16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.

19        On April 26, 2005, the Magistrate Judge issued a Report and Recommendation that Petitioner's

20   requests for a preliminary injunction and/or temporary restraining order be DENIED.  This Report and

21   Recommendation was served on all parties and contained notice that any objections were to be filed

22   within thirty (30) days of the date of service of the order.[1]  Over thirty (30) days have passed and no party

23   has filed objections.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

25   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and

26   Recommendation is supported by the record and proper analysis.

27   _____

28        [1]  On May 17, 2005, the Report and Recommendation was returned to the Court with a notation "not deliverable
     as addressed."  The Court reserved the documents on June 44, 2005, at Petitioner's address of record.  (Court Doc. 50.)

                                             1

1

Accordingly, IT IS HEREBY ORDERED that:

2

    1.    The Findings and Recommendation issued April 26, 2005, is ADOPTED IN FULL; and

3

    2.    The requests for a preliminary injunction and/or temporary restraining order is DENIED.
IT IS SO ORDERED.

4

**Dated:**    **August 1, 2005**          **/s/ Oliver W. Wanger**

5

emm0d6                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28