UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGGIE L. McCOY, | ) | 1:04-cv-06255-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 51) |
| v. | ) | |
| | ) | **ORDER DENYING REQUEST FOR** |
| PAUL M. SCHULTZ, | ) | **RELEASE ON BOND** (Doc. 45) |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On July 15, 2005, the Magistrate Judge filed Findings and Recommendation that Petitioner's request for release on bond be DENIED.  These Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 15, 2005, are ADOPTED IN FULL; and,

2. Petitioner's request for release on bond, filed May 25, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   September 1, 2005**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE