UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE L. McCOY, ) | 1:04-cv-06255-OWW-SMS-HC |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 54) |
| v. ) | |
| JEFF WRIGLEY, ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| Respondent. ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On June 16, 2006, the Magistrate Judge filed Findings and Recommendations the instant Petition for Writ of Habeas Corpus be DISMISSED for lack of jurisdiction, and the Clerk of Court be directed to enter judgment. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 16, 2006, are ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is DISMISSED; and,

3. The Clerk of Court enter judgment for Respondent and against Petitioner.

IT IS SO ORDERED.

**Dated:   August 17, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE